Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Christopher M. Ferri (SBN 344112)
cmf@smlavvocati.com
Bryce W. Calabria (SBN 346187)
bwc@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In re FRANKLIN WIRELESS CORP.
DERIVATIVE LITIGATION

Case No. 3:21-cv-01837-AJB-MSB

**MOTION FOR *EX PARTE* ORDER STRIKING PLAINTIFF MARTIN'S ALLEGATIONS OF "SHORT-SWING" PROFITS AS PRECLUDED BY DEFENDANTS' PENDING SETTLEMENT OF IDENTICAL ALLEGATIONS IN RELATED CASE**

Honorable Anthony J. Battaglia

Pursuant to CivLR 83.3.g,[1] in this consolidated action (*see* ECF No. 9) Defendants apply hereby for an *Ex Parte* Order Striking Plaintiff Martin's derivative allegations of "short-swing" profits as precluded by Defendants' pending settlement

---

[1] Pursuant to CivLR 83.3.g.2 and Paragraph III(1) of this Court's Civil Case Procedures, herewith is the Declaration of Stephen M. Lobbin which affirms Defendants "informed [Plaintiffs'] attorney[s] when and where the motion would be made," and "describe[s] meet and confer efforts made to resolve the dispute without the Court's intervention." *See* Lobbin Decl. ¶ 2, Ex. 1; *see* Civil Case Procedures Par. III(1) (requiring "declaration from counsel documenting; (1) efforts to contact opposing counsel; (2) counsel's meet and confer efforts; and (3) opposing counsel's position regarding the *ex parte* motion.").

of the identical derivative allegations in related case *Nosirrah Management, LLC v. Franklin Wireless Corp. et al.*, Case No. 3:21-cv-01316-RSH (S.D. Cal.) ("the Nosirrah Action"), which is set for trial beginning in a few days on October 16, 2023.

The Nosirrah Action was filed in July 2021 and is set for a jury trial on October 16, 2023 before Judge Huie. *See* ECF No. 64 at 2. Plaintiff Nosirrah alleges a single derivative claim of "short-swing" profits on shares of Franklin Wireless stock by its CEO, Mr. O.C. Kim.[2] Five months after the Nosirrah Action was filed, in December 2021 counsel for Plaintiff Debra Martin filed her complaint, which presents as Paragraphs 104-117 the same derivative allegations **substantially copied** from the Complaint in the Nosirrah Action. *See* ECF No. 1 at 31-34 (Martin Complaint in original Case No. 3:21-02091). This Court has not yet set a trial date in this action.

The parties in the Nosirrah Action recently agreed on terms of a proposed settlement, but the settlement cannot be completed unless the same allegation of "short-swing" profits are stricken from this action. Otherwise, Defendants including the company Franklin Wireless would have no certainty that the "short-swing" allegations are fully and finally settled. *See* Lobbin Decl. ¶ 3. As part of the proposed settlement agreement, Franklin Wireless would provide a release of the "short-swing" profits allegation against Defendant O.C. Kim, on behalf of the company, which would bar the same allegations being presented thereafter in this consolidated action. *See id.* ¶ 4; *In re NantHealth, Inc. Stockholder Derivative Litig.*, No. 18-551, at *3 (D. Del. May 12, 2021) (release of derivative claim bars

---

[2] The elements of a "short-swing" profits claim are "(1) a purchase and (2) a sale of securities (3) by an officer or director of the issuer or by a shareholder who owns more than ten percent of any one class of the issuer's securities (4) within a 6-month period (5) resulting in profit." *Probility Media Corp. v. Isen*, No. 17-2583, at *2 (S.D. Cal. Apr. 10, 2018) (quoting *Greenfield v. Criterion Capital Mgmt., LLC*, No. 15-3583, 2017 WL 2720208, at *5 (N.D. Cal. June 23, 2017)).

Case No. 3:21-cv-01837-AJB-MSB

same claim brought by another shareholder).  Therefore, not only would the same allegations in this action be barred by the settlement once finalized, but allowing the allegations to remain in this action would be legally futile and a waste of resources for both Defendant and, more importantly, this Court.

Therefore, Defendants respectfully request that this Court should strike the allegations in Paragraphs 104-117 of the Martin Complaint in this consolidated action, so that the same derivative allegations may be settled in the Nosirrah Action.

Dated:  October 6, 2023          Respectfully submitted,

**SML Avvocati P.C.**

By:    /s/ Stephen M. Lobbin
            Attorneys for Defendants

## PROOF OF SERVICE

I hereby certify that on October 6, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  October 6, 2023                    /s/ Stephen M. Lobbin