UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FRANKLIN WIRELESS CORP. DERIVATIVE LITIGATION | Lead Case No. 21cv1837 BEN (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS YUN J. LEE AND DAVID BROWN** |

The Court, having considered the parties' joint motion to dismiss Defendants Yun J. Lee and David Brown from this case pursuant to Federal Rule of Civil Procedure 41(a)(2), and GOOD CAUSE appearing, orders that:

1. Defendants Yun J. Lee and David Brown are hereby dismissed from this case under Rule 41(a)(2); and
2. Plaintiffs Stephen Harwood and Debra Martin on the one hand, and Defendants Yun J. Lee and David Brown on the other, shall bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: December 7, 2024

_____
Honorable Roger T. Benitez
United States District Judge