FILED
DEC 19 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FRANKLIN WIRELESS CORP. DERIVATIVE LITIGATION | 21-CV-1837 BEN (MSB) |

**VERDICT**

21cv1837

# DEMAND FUTILITY

1. Do you find, by a preponderance of the evidence, that the directors of the company refused to or were incapable of bringing the claims because they engaged in the wrongdoing or are incapable of being independent and objective about the claims?

　　__X__ Yes

　　_____ No

# BREACH OF FIDUCIARY DUTIES

2. Do you find, by a preponderance of the evidence, that the defendants violated any of their fiduciary duties to Franklin Wireless?

As to Defendant O.C. Kim

　　__X__ Yes

　　_____ No

As to Defendant Gary Nelson

　　__X__ Yes

　　_____ No

As to Defendant Kristina Kim

　　_____ Yes

　　__X__ No

As to Defendant Jonathan Chee

_____ Yes

\_\_X\_\_ No

As to Defendant Joon Won Jyoung

\_\_X\_\_ Yes

_____ No

As to Defendant Heidy Chow

_____ Yes

\_\_X\_\_ No

**If you answered "yes" to Question #2 as to any of the defendants, answer Question 3 below. If you answered "no" to Question #2 as to all of the defendants, skip Question #3, and proceed to Question #4.**

3.  What amount of damages do you find (if any), by a preponderance of the evidence, that Defendants' breach of their fiduciary duties caused to Franklin Wireless?

| Defendant | Amount |
|---|---|
| Defendant O.C. Kim | $ 0.99 |
| Defendant Gary Nelson | $ 0 |
| Defendant Kristina Kim | $ / |
| Defendant Jonathan Chee | $ / |
| Defendant Joon Won Jyoung | $ 0 |
| Defendant Heidy Chow | $ / |

4. Do you find, by a preponderance of the evidence, that Defendants O.C. Kim, Nelson, Jyoung, Chee, or Chow approved the issuance by Franklin Wireless of one or more false and misleading Proxy Statements issued to shareholders?

As to Defendant O.C. Kim

_____ Yes

___X___ No

As to Defendant Gary Nelson

_____ Yes

___X___ No

As to Defendant Jonathan Chee

_____ Yes

___X___ No

As to Defendant Joon Won Jyoung

_____ Yes

___X___ No

As to Defendant Heidy Chow

_____ Yes

___X___ No

21cv1837

**If you answered "yes" to Question #4 as to any of the defendants, answer Question #5 below. If you answered "no" to Question #4 as to all of the defendants, skip Question #5, and proceed to Question #6.**

5. What amount of damages do you find (if any), by a preponderance of the evidence, that Defendants' approval of false and misleading Proxy Statements caused to Franklin Wireless?

Defendant O.C. Kim            $ _____

Defendant Gary Nelson         $ _____

Defendant Jonathan Chee       $ _____

Defendant Joon Won Jyoung     $ _____

Defendant Heidy Chow          $ _____

6. Do you find, by a preponderance of the evidence, that Defendant O.C. Kim was unjustly enriched by compensation, stock awards, benefits, or other remuneration from Franklin Wireless?

_____ Yes

___X___ No

**If you answered "yes" to Question #6, answer Question #7 below. If you answered "no" to Question #6, skip Question #7.**

7. What is the economic value of the compensation, stock awards, benefits, or other remuneration, that you find, by a preponderance of the evidence, Defendant O.C. Kim unjustly received from Franklin Wireless?

$ _____

DATE: 12-19-2024

_Anton Lorimer_
FOREPERSON